**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronnie Lynn SMITH, Defendant– Appellant.**

No. 05–30582.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 16, 2006.*

Filed Sept. 29, 2006.

USGF–Office of The U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, NOONAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

The district court did not solicit the views of counsel before deciding whether to re-sentence Appellant Ronnie Lynn Smith under *United States v. Ameline*, 409 F.3d 1073, 1085 (9th Cir.2005). This mistake requires us to re-remand the case for compliance with *Ameline*. *See United States v. Montgomery*, 462 F.3d 1067, 1072 (9th Cir.2006).

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.